**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00060-CMA-KLM

CURTIS NOBLE,

    Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice (Doc. # 23) pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED:  May __6__, 2009

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge